# United States District Court
## Violation Notice

CVB Location Code: CS-S

**Violation Number:** 7772333
**Officer Name (Print):** DELEON
**Officer No.:** 0228

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense:** [blank]
**Offense Charged:** [blank]

**Place of Offense:** BLDG 6655 MIRAMAR WAY SAN DIEGO CA 92145 EASTGATE

**Offense Description:** CVC 12500(G) UNLICENSED (EXPIRED) 3/30/20

### DEFENDANT INFORMATION

**Last Name:** PEREIRA
**First Name:** MICHAEL
**M.I.:** C

**Tag No.:** 8EEX567
**State:** CA
**Year:** 18
**Make/Model:** MAZDA-3
**Color:** BLACK

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

$ _____ Forfeiture Amount
+ $30 Processing Fee
PAY THIS AMOUNT → $ _____ Total Collateral Due

### YOUR COURT DATE

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: [signed]

---

## STATEMENT OF PROBABLE CAUSE

I state that on 11 OCT, 20 20 while exercising my duties as a law enforcement officer in the SOUTHERN District of CALIFORNIA

WHILE PERFORMING MY DUTIES AS A POLICE OFFICER I OBSERVED A BLACK IN COLOR MAZDA-3 DRIVE PAST THE ENTRY CONTROL POINT WITHOUT STOPPING FOR THE MILITARY POLICE ON WATCH. MYSELF (OFC DELEON) AND ANOTHER POLICE OFFICER YELLED TO STOP THE VEHICLE AND THE CAR TURNED RIGHT INTO THE PARKING LOT OF BLDG 6200 VEHICLE REGISTRATION CENTER. WHEN I MADE CONTACT WITH MICHAEL C. PEREIRA I DETECTED A STRONG ODOR OF ALCOHOL EMITTING FROM HIS BREATH AND HIS VEHICLE. WHEN SPEAKING WITH MICHAEL I OBSERVED HIS EYES WERE RED AND WAS SLOW WITH HIS RESPONSE. HE MADE A WRONG TURN AND WAS DRIVING UNDER THE INFLUENCE OF ALCOHOL. A DMV BACKGROUND CHECK ON PEREIRA'S DRIVERS LICENSE REVEALED IT WAS EXPIRED AND SUSPENDED. VEHICLE REGISTRATION WAS ALSO EXPIRED. I ATTEMPTED TO CONDUCT SFST's BUT DUE TO THE LEVEL OF INTOXICATION OF MR. PEREIRA DECIDED TO STOP.

The foregoing statement is based upon:
☒ my personal observation
☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 10/11/2020
Officer's Signature: [signed] 0228

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;   CMV = Commercial vehicle involved in incident